486 A.2d 1328

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Jeffrey CARR.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1984.

Decided Jan. 22, 1985.

Eric B. Henson, Deputy Dist. Atty., Gaele McLaughlin Barthold, Philadelphia, Chief/Prosecution, Alan Sacks, Asst. Dist. Atty., for appellant.

Marilyn Young, Philadelphia, for appellee.

NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal quashed.

LARSEN and McDERMOTT, JJ., dissent.